IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **TERRENCE KRUITHOFF,** | § § | |
| **Plaintiff,** | § § | Case No. 1:17-cv-00536 |
| -v- | § § | Hon. Janet T. Neff |
| **CREDENCE RESOURCE MANAGEMENT, LLC.** | § § § § | |
| **Defendant** | § | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files Notice of Dismissal, to dismiss this lawsuit, with prejudice.

Dated: July 21, 2017         __/s/_ Jeffrey D. Mapes____
                             Jeffrey D. Mapes (P70509)
                             Attorney for Plaintiff
                             Jeffrey D. Mapes, PLC
                             29 Pearl St. NW, Ste. 305
                             Grand Rapids, MI 49503
                             Tel: (616) 719-3847
                             Fax: (616) 719-3857